**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHAROUN CHAMPASOUK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-06-1377-M |
| ) | |
| ALBERTO GONZALES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On March 27, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and petitioner's Petition for a Writ of Habeas Corpus be dismissed as moot. The parties were advised of their right to object to the Report and Recommendation by April 16, 2007. A review of the file reveals no objection has been filed.

Upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 27, 2007;

(2) GRANTS respondent's motion to dismiss [docket no. 9]; and

(3) DISMISSES petitioner's Petition for a Writ of Habeas Corpus as moot.

**IT IS SO ORDERED this 30th day of April, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE